# Supreme Court of Texas

## Misc. Docket No. 21-9109

## Denial of Request to Retransfer Case from the Sixth Court of Appeals

The Supreme Court denies the request to retransfer the following case from the Sixth Court of Appeals District, Texarkana, Texas:

Case No. 06-20-00102-CV
*In the Interest of S.B., a Child*

ORDERED in Chambers,

With the Seal thereof affixed at the City of Austin, this 9th day of September, 2021.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS